## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> **v.** <br> **Marittza Santana** <br> DOB: 1997; United States Citizen | **DOCKET NO.** <br><br> **MAGISTRATE'S CASE NO.** <br><br> **21-04711MB** |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 6, 2021, in the District of Arizona, **Marittza Santana** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one Anderson Manufacturing AR-15 .223/5.56mm caliber rifle, one Smith & Wesson MP 15 .223/5.56mm caliber rifle, two Laneer magazines, one PMAG 30 magazine, and 41 rounds of 5.56mm ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774. All in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 6, 2021, **Marittza Santana** attempted to exit the U.S. to Mexico via the DeConcini Port of Entry in Nogales, Arizona. **Marittza Santana** was the driver, sole occupant, and registered owner of a 2006 Chevrolet Avalanche. **Marittza Santana** told Customs and Border Protection Officers (CBPOs) that she did not have any weapons or ammunition in her vehicle. CBPOs asked her to step out of the vehicle so it could be searched. When **Marittza Santana** got out, CBPOs could see that she had been sitting on two firearm magazines. CBPOs then searched the vehicle and found one Anderson Manufacturing AR-15 .223/5.56mm caliber rifle, one Smith & Wesson MP 15 .223/5.56mm caliber rifle, two Laneer magazines, one PMAG 30 magazine, and 41 rounds of 5.56mm ammunition. The two rifles had been bungee corded to the exterior, undercarriage of the vehicle. One of the rifles was equipped with an additional empty magazine, a rail-mounted flashlight capable of emitting light in both the visual and infrared spectrums, and a holographic optic sight.

After waiving her *Miranda* rights, **Marittza Santana** admitted that she knowingly attempted to export the firearms and ammunition from the U.S. into Mexico to settle an $800 debt, and she was supposed to deliver the items to another person in Mexico.

The firearms and ammunition that **Marittza Santana** attempted to smuggle into Mexico qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **Marittza Santana** did not have a license or any other lawful authority to export these items from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br><br> AUTHORIZED AUSA *Sarah B. Houston* SARAH HOUSTON Digitally signed by SARAH HOUSTON Date: 2021.11.08 11:59:39 -07'00' | SIGNATURE OF COMPLAINANT <br> **ERIC A CURRY** Digitally signed by ERIC A CURRY Date: 2021.11.08 11:56:23 -07'00' |
|---|---|
| | OFFICIAL TITLE <br> HSI Special Agent Eric Curry |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1]   *Maria S. Aguilera* | DATE <br> November 8, 2021 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54